UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMMIE HILL,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CARLOS DEL TORO, Secretary of the Navy,<br><br>　　　　Defendant. | No. CV 18-4838 WLH (AFMx)<br><br>**JUDGMENT** |

　　　In accordance with the Jury Verdict dated October 12, 2023, as well as the Court's prior summary judgment orders, it is hereby ordered, adjudged, and decreed that judgment is entered on all claims in favor of Defendant Carlos Del Toro, Secretary of the United States Navy. Plaintiff shall take nothing from her action against Defendant.

Dated: October 23, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE